**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| **PUERTO RICO LAND & FRUIT, S.E., et al.,** | |
| **Plaintiffs,** | |
| **v.** | **Civil No. 09-2280 (ADC)** |
| **MUNICIPIO DE CULEBRA, et al.,** | |
| **Defendants.** | |

## ORDER

Before the Court is a limited motion to intervene filed by CORALations, Inc., ("Coralations") a non-profit corporation dedicated to conservation and restoration of coral reefs that operates principally in Culebra, Puerto Rico. **ECF No. 349**. Coralations, acting in its own and the public's interests, seeks to intervene for the limited purpose of moving to unseal a settlement agreement. **ECF No. 349** at 9, 11. Plaintiffs Puerto Rico Land & Fruit, S.E. and its principal partner, Victor González (collectively, "PRLF"), opposed the motion to intervene primarily on timeliness grounds. **ECF No. 350**. Defendant Municipality of Culebra ("Culebra") also filed an opposition, agreeing with PRLF's timeliness claim and adding that special circumstances do not justify the intervention. **ECF No. 355**. Coralations filed a surreply. **ECF Nos. 351, 364**.

The Court referred the matter to Magistrate Judge Bruce J. McGiverin for a Report & Recommendation ("R & R"). **ECF No. 353**. Magistrate Judge McGiverin issued a R & R recommending the Court grant the limited motion to intervene, identifying the settlement agreement at issue as the one filed at **ECF No. 182**.[1] **ECF No. 366**. The R &R informed the parties they had fourteen days to file an objection. The parties did not file any objections. The Court hereby deems the R & R unopposed and submitted for final determination.

After careful review, the Court **ADOPTS** the R & R and herein incorporates it by reference in full. **ECF No. 366**. For the reasons outlined in the R & R, the Court **GRANTS** the limited motion to intervene. **ECF No. 349**. Clerk of Court shall update the case caption to include CORALations, Inc. as intervenor.

Coralations has **30 days** from the date of this order to file its motion to unseal the settlement agreement at **ECF No. 182**.

**SO ORDERED**.

At San Juan, Puerto Rico, on this 30th day of January, 2019.

**S/AIDA M. DELGADO-COLÓN**
**United States District Judge**

---

[1] There are two settlement agreements filed under seal in the docket. Coralations did not identify which settlement agreement it sought to unseal. The R & R concluded that Coralations' motion refers to the agreement at ECF No. 182, to which Coralations did not object. Accordingly, the Court interprets Coralations' request as limited to ECF No. 182.