# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**PUERTO RICO LAND & FRUIT, S.E., et al.,**

    Plaintiffs,

    v.

**MUNICIPIO DE CULEBRA, et al.,**

    Defendants.

**Civil No. 09-2280 (ADC)**

## ORDER

Before the Court is a motion filed by CORALations, Inc., ("Coralations") to unseal a settlement agreement between Plaintiff Puerto Rico Land & Fruit ("PRLF") and Defendants Municipality of Culebra ("the Municipality") and Culebra Conservation and Development Authority ("ACDEC"). **ECF No. 381**. PRLF and ACDEC did not file an opposition to Coralations' request.

The Court referred the matter to Magistrate Judge Bruce J. McGiverin for a Report & Recommendation ("R & R"). **ECF No. 382**. Magistrate Judge McGiverin issued a R & R recommending the Court grant the motion to unseal the settlement agreement filed at **ECF No. 182**.[1] **ECF No. 385**. The R &R informed the parties they had fourteen days to file an objection.

---

[1] There are two settlement agreements filed under seal in the docket. Coralations did not identify which settlement agreement it sought to unseal. The R & R concluded that Coralations' motion refers to the agreement **at ECF No. 182**, to which Coralations did not object. Accordingly, the Court interprets Coralations' request as limited to **ECF No. 182**.

The parties did not file any objections. The Court hereby deems the R & R unopposed and submitted for final determination.

After careful review, the Court **ADOPTS** the R & R and herein incorporates it by reference in full[2]. **ECF No. 385**. For the reasons outlined in the R & R, the Court **GRANTS** Coralations' motion to unseal the settlement agreement between PRLF and ACDEC filed **at ECF No. 182**.

**SO ORDERED**.

At San Juan, Puerto Rico, on this 21st day of August, 2019.

**S/AIDA M. DELGADO-COLÓN**
**United States District Judge**

---

[2] The Court notes that at page 1 of the Report and Recommendation, it should read that "PRLF, the Municipality and ACDEC did not reply, which waives their objection to Coralations' motion." **ECF No. 385**. This does not however impact the adoption of all arguments set forth in the R & R.